## STATE OF OREGON,
*Respondent,*

*v.*

## SANDY MYRON COLE,
*Appellant.*

(83-1361-C; CA A33432)

717 P2d 226

Marc Kardell and Kardell's Legal Clinic, Medford, filed the brief for appellant.

Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and Jeff Bennett, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

Buttler, P. J., dissenting.

**BUTTLER, P. J.,** dissenting.

For the reasons stated in my dissent in *State v. Cole* (Deborah), 78 Or App 450, 717 P2d 221 (1986), I respectfully dissent.